UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:26-CV-304-CRS

PEDRO DAVID DIAZ PEREZ                                    PLAINTIFF

v.

JOSEPH EDLOW                                            DEFENDANTS
   *In his official capacity as Director of U.S. Citizenship
   and Immigration Services*; and

TODD BLANCHE, U.S. Attorney General
   *In his official capacity*; and

MARKWAYNE MULLIN
   *In his official capacity as Secretary of the U.S.
   Dept. of Homeland Security*; and

MICHAEL L. ZERVAS II, Acting Director,
   Louisville Field Office, U.S. Citizenship and Immigration
   Services
   *In his official capacity*

## ORDER SETTING HEARING ON MOTION
## FOR TEMPORARY RESTRAINING ORDER

Plaintiff commenced this action on April 28, 2026 and simultaneously moved for the entry

of a temporary restraining order. Motion, DN 3. Having reviewed the Complaint and the Motion,

the Court believes that a hearing on the motion for a temporary restraining order is warranted.

Accordingly, a hearing on Plaintiff's motion for a temporary restraining order is hereby **SET** to

take place before the undersigned in the courtroom of the above-captioned court on **Tuesday,**

**May 5, 2026 at 2:00 p.m. EDT**.

   **IT IS SO ORDERED**.

April 30, 2026

Charles R. Simpson III, Senior Judge
United States District Court

cc:  Kyle Bumgarner, U.S. Attorney
     Ben Schecter, Asst. U.S. Attorney